IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA          :Date Notice Faxed:9/29/08
         vs.                      :CRIMINAL NO. 08-592-1
JOHN P. KAROLY, JR.

NOTICE OF ARRAIGNMENT

1. TAKE NOTICE that you have been indicted by the Grand Jury. A copy of the indictment/information is enclosed. A warrant for your arrest has been issued and is in the possession of the United States Marshal.

2. YOU ARE notified to appear for Arraignment on the information/indictment before United States Magistrate Judge Henry S. Perkin on THURSDAY, OCTOBER 2, 2008, at 1:30 PM in COURTROOM 4A, Edward N. Cahn Courthouse, 504 Hamilton Street, 4th Fl., Allentown, PA 18101

3. If you fail to appear at the arraignment pursuant to this notice, you will be subject to arrest by the United States Marshal.

5. Please consult with your attorney before the date fixed for arraignment.

NOTE: If you do not have any attorney and cannot afford to hire one, call Helen A. Nicholas, Deputy Clerk at 610-391-7025 immediately and an attorney will be appointed for you by the Court.

                                                This Case Has Been Assigned to:
                                                Honorable Lawrence Stengel
                                                For information communicate with
                                                Courtroom Deputy Helen A. Nicholas
                                                610-391-7025

Notice to:
Defendant - 4236 Winchester Rd., Allentown, PA 18104
Defense Counsel - Bob Goldman, Esq. - 215-345-7507
United States Attorney - Seth Weber, Esq. - 215-861-8559
United States Marshal - 610-433-4307
Pretrial Services