IN THE UNITED STATES OF AMERICA
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| JOHN P. KAROLY, JR., ET AL | : | NO. 08 cr 592 |

## ORDER

AND NOW, this 14th day of January, 2009, it is hereby ORDERED that the Superseding Indictment in the abovesaid case shall be filed no later than Friday, March 6, 2009 and all additional Discovery shall be provided to the defendants no later than Friday, March 13, 2009.

IT IS FURTHER ORDERED that all Pre-Trial Motions shall be due no later than Friday, March 27, 2009 and Responses to the motions shall be due no later than Friday, April 10, 2009.

IT IS FURTHER ORDERED that a Hearing on Pre-Trial Motions is scheduled for Thursday, May 7, 2009 at 1:30 p.m.

IT IS FURTHER ORDERED that Trial in the abovesaid case is scheduled to commence on Monday, May 18, 2009 at 9:30 a.m.

**AND IT IS SO ORDERED.**

Lawrence F. Stengel, J.

1/14/09
fax: Weber, Goldman, Bergstrom, Heikeman
cc: Shane