IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL ACTION** |
| | : | |
| | : | |
| v. | : | NO. 08-592 |
| | : | |
| **JOHN P. KAROLY, JR.,** | : | |
| **JOHN J. SHANE,** | : | |
| **JOHN P. KAROLY, III and** | : | |
| **HEATHER J. KOVACS** | : | |

**O R D E R**

**AND NOW**, this 29th day of June, 2009, upon consideration of the government's motion to take the videotape deposition of Anna Glisson (Document #69) and defendants' response thereto, it is hereby **ORDERED** that the motion is **GRANTED**.

BY THE COURT:


/s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.