# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL ACTION** |
| | : | |
| **v.** | : | **NO. 08-592** |
| | : | |
| **JOHN P. KAROLY, JR.,** | : | |
| **JOHN J. SHANE,** | : | |
| **JOHN P. KAROLY, III and** | : | |
| **HEATHER J. KOVACS** | : | |

## O R D E R

**AND NOW**, this 1st day of July, 2009, upon consideration of defendant John P. Karoly, Jr.'s motion to dismiss the indictment (Document #28) as well as the government's response thereto and after a hearing in open court, it is hereby **ORDERED** that the motion is **DENIED**.

BY THE COURT:

/s/ Lawrence F. Stengel
LAWRENCE F. STENGEL,  J.