

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| JOHN KAROLY, JR. | : | NO. 08-592-1 |

**FILED**

OCT 06 2009

MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

## ORDER

AND NOW, this 5th day of October, 2009, upon consideration of a request from counsel in the abovesaid case, it is hereby ORDERED that counsel shall each submit a memorandum discussing (1) the material facts developed at the bench trial in this case and (2) the law supporting these charges or the defense to these charges.

IT IS FURTHER ORDERED that the memoranda shall be submitted on or before Wednesday, October 14, 2009.

**AND IT IS SO ORDERED.**

_____
Lawrence F. Stengel, J.

10/6/09
fax: Weber, Goldman