IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | |
| | : | |
| JOHN P. KAROLY, JR. | : | NO.: 08-cr-0592-ALL |

### O R D E R

AND NOW, this 20th day of NOVEMBER 2018, it is hereby

ORDERED that the above-captioned case is reassigned at random pursuant to Local Rule 50.1 of the Local Rules of Criminal Procedure from the calendar of the Honorable Lawrence F. Stengel, to the calendar of the Honorable Edward G. Smith.

FOR THE COURT:

/s/   Juan R. Sánchez
JUAN R. SÁNCHEZ
Chief Judge